IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaQUESHA COLEMAN,<br><br>           Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>           Defendant. | 1:09-cv-1319 LJO GSA<br><br>AMENDED ORDER TO SHOW CAUSE |

On February 2, 2010, this Court issued an Order to Show Cause incorrectly noting the date Defendant's reply was due as January 21, 2010.[1] This Amended Order to Show Cause is issued to reflect this Court's minute order setting Defendant's deadline for filing a reply to Plaintiff's opposition to the motion to dismiss as January 29, 2010. The first Order to Show Cause issued on February 2, 2010 is VACATED.

On July 28, 2009, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On August 6, 2009, the Court issued a Scheduling Order. (Doc. 6). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer

---

[1] This Order to Show Cause was dated February 1, 2010.

1

to the complaint.  The Scheduling order also provides that in cases where a motion to dismiss pursuant to Fed. R. Civ. P. 12 is warranted, the motion to dismiss shall be filed in lieu of filing the administrative record.  The opposition to the motion to dismiss shall be filed within 14 days.  The reply brief shall be filed within 7 days after service of the opposition.

On or about January 8, 2010, Defendant filed a motion to dismiss.  On January 11, 2010, this Court issued a minute order informing Plaintiff that any opposition to the motion must be filed by January 22, 2010.  (Doc. 16).  The minute order also informed Defendant that its reply shall be filed on or before January 29, 2010.  On or about January 13, 2010, Plaintiff filed an opposition to the motion.  To date, Defendant has failed to file a reply pursuant to this Court's order.

Defendant is ordered to show cause why sanctions should not be imposed for failure to comply with this Court's January 11, 2010 minute order.  Defendant is ORDERED to file a response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Defendant desires more time to file the reply, Defendant shall so state in its response.

Failure to respond to this Order to Show Cause within the time specified may result in a denial of the motion to dismiss.

IT IS SO ORDERED.

Dated:   **February 2, 2010**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2